IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:24-00144

RANDY HIGHTOWER

### MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of Randy Hightower to continue the trial and remaining pretrial deadlines in this matter. (ECF No. 93.) In support of defendant's motion, counsel for defendant explains that more time is needed to complete testing and prepare for trial. The government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue. In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. Jury Instructions and Proposed Voir Dire are due by April 7, 2026;

2. Trial of this action is continued to April 14, 2026, at 9:30 a.m., in Bluefield;[1] and

3. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 15th day of January, 2026.

ENTER:

David A. Faber
Senior United States District Judge

---

[1] In his motion, defendant asked for a 60-day continuance. However, in a later communication with the court, defendant stated that more than 60 days would be needed due to defendant's incarceration in Pennsylvania.

2