IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                  CRIMINAL ACTION NO. 1:24-00144

RANDY HIGHTOWER

MEMORANDUM OPINION AND ORDER

On March 30, 2026, the court granted defendant's motion to continue and trial of this matter was scheduled for June 16, 2026.  See ECF No. 96.  On June 5, 2026, defendant filed a motion to schedule a guilty plea hearing.  See ECF No. 97.  That motion was granted and a plea hearing in this matter was scheduled for June 15, 2026, the day before the scheduled trial. See ECF No. 98.

Currently pending before the court is the government's motion to continue the trial and plea hearing.  See ECF No. 99. The government's motion asks for at least thirty (30) days to arrange for defendant's appearance in this district.  The motion does not explain why it was unable to obtain defendant's appearance as currently scheduled given that this matter has been scheduled for trial since March 30, 2026.  The government's motion also indicates its belief that the 30 days it seeks for transportation is excludable under 18 U.S.C. § 3161(h)(1)(F).[1]

---

[1] The court disagrees with the government's reading of the statute on this point.  See United States v. Williams, 917 F.3d 195 (3rd. Cir. 2019).

Defendant does not object to the government's motion but indicates that counsel is unavailable the week of July 20, 2026.

Because defendant's presence is required for a plea hearing (or a possible trial) and the government has indicated that it cannot secure his appearance as scheduled, the court has no choice but to grant the government's motion.   Therefore, the motion to continue is **GRANTED** and the plea hearing is continued to July 27, 2026, at 1:00 p.m., in Bluefield.   Trial of this matter is continued to July 28, 2026, at 9:30 a.m., in Bluefield.

The Clerk is directed to send a copy of this Order to counsel of record, the Probation Office of this court, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 12th day of June, 2026.

ENTER:

David A. Faber
Senior United States District Judge

2