IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v. CRIMINAL ACTION NO. 1:24-00144

RANDY HIGHTOWER

MEMORANDUM OPINION AND ORDER

The court has received a pro se letter motion from defendant. In that letter-form motion, he asks for, among other things, a new trial and new counsel. However, because the letter arguably contains information protected by the attorney-client privilege, it should not be placed on the public docket at this time. Therefore, the court is **DIRECTED** to file defendant's letter under Seal and Ex Parte, providing a copy of defendant's letter **ONLY** to counsel for defendant and **NOT** to counsel for the United States.

The Clerk is directed to send a copy of this Order to counsel of record.

It is SO ORDERED this 22nd day of September, 2026.

ENTER:

David A. Faber
Senior United States District Judge